# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22–cv–00169–GAM

HAREWOOD–BEY et al v. BIDEN et al  
Assigned to: HONORABLE GERALD A. MCHUGH  
Cause: 42:1983 Civil Rights Act

Date Filed: 01/11/2022  
Date Terminated: 01/25/2022  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DIANA HAREWOOD–BEY**     represented by     **DIANA HAREWOOD–BEY**  
100 NARDIN ROAD  
PO BOX 367  
LAKE PEEKSKILL, NY 10537  
PRO SE

**Plaintiff**

**LISA WARBUTON–EL**     represented by     **LISA WARBUTON–EL**  
93 MAPLE ST  
YONKERS, NY 10701  
PRO SE

**Plaintiff**

**FEDERATION MOORISH SCIENCE TEMPLE OF AMERICA**     represented by     **FEDERATION MOORISH SCIENCE TEMPLE OF AMERICA**  
PRO SE

V.

**Defendant**

**PRESIDENT JOE BIDEN**

**Defendant**

**GOVERNOR KATHY KOCHUL**

**Defendant**

**JUDGE CLARENCE THOMAS**

**Defendant**

**JUDGE SAMUEL ALITO**

**Defendant**

**JUDGE NEIL GORSUCH**

**Defendant**

**MAYOR BILL DE BLASSIO**

**Defendant**

**BILJIANA STOJADINOVIC**

**Defendant**

**MARIE KINGSLEY**

**Defendant**

**FLORAL AGENCY**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2022 | 1 | COMPLAINT against SAMUEL ALITO, JOE BIDEN, BILL DE BLASSIO, NEIL GORSUCH, KATHY KOCHUL, CLARENCE THOMAS, filed by FEDERATION MOORISH SCIENCE TEMPLE OF AMERICA, LISA WARBUTON–EL, DIANA HAREWOOD–BEY.NO IFP, NO FEE PAID. (Attachments: # 1 SUMMONS)(sg, ) Modified on 1/18/2022 (lisad, ). (Entered: 01/14/2022) |
| 01/14/2022 | 2 | PRO SE NOTICE RE:GUIDELINES (sg) (Entered: 01/14/2022) |
| 01/18/2022 |  | NOTICE OF PRO SE GUIDELINES HAVE BEEN MAILED TO PRO SE PLAINTIFF'S HAREWOOD–BEY AND WARBUTON–EL. (bw) (Entered: 01/18/2022) |
| 01/24/2022 | 3 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. SIGNED BY HONORABLE GERALD A. MCHUGH ON 1/24/22. 1/24/22 ENTERED AND COPIES NOT MAILED TO PRO SE PARTIES.(mbh) (Entered: 01/24/2022) |
| 01/24/2022 |  | Case transferred to Southern District of New York via CM/ECF electronic transfer. (mbh) (Entered: 01/25/2022) |
| 01/25/2022 |  | MAILED OUT ORDER ENTRY 3 TO PRO SE PARTIES ON 1/25/22. (jaa, ) (Entered: 01/25/2022) |
| 01/25/2022 |  | TRANSFER LETTERS HAVE BEEN MAILED TO PRO SE'S. (bw) (Entered: 01/25/2022) |
| 01/25/2022 | 4 | Pro Se Transfer Letters dated 1/25/22. (Attachments: # 1 Pro Se Transfer Letter)(mbh) (Entered: 01/25/2022) |
| 02/08/2022 | 5 | EXHIBITS by DIANA HAREWOOD–BEY.. (sg, ) (Entered: 02/08/2022) |