UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA HAREWOOD-BEY, et al.,

                Plaintiffs,

        -against-

PRESIDENT JOE BIDEN, et al.,

                Defendants.

22-CV-1472 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Diana Harewood-Bey, who is proceding *pro se*, brings this action individually and on behalf of two other plaintiffs. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. See 28 U.S.C. §§ 1914, 1915.

      Plaintiff Harewood-Bey submitted the complaint without the filing fees or an IFP application.[1] Within thirty days of the date of this order, Plaintiff Harewood-Bey must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff Harewood-Bey submits the IFP application, it should be labeled with docket number 22-CV-1472 (LTS). If the Court grants the IFP application, Plaintiff Harewood-Bey will be permitted to proceed without prepayment of fees. See 28 U.S.C. § 1915(a)(1).

      No summons shall issue at this time. If Plaintiff Harewood-Bey complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff

---

[1] Plaintiff Harewood-Bey filed this action in the United States District Court for the Eastern District of Pennsylvania. On January 24, 2022, the complaint was transferred to this Court.

Harewood-Bey fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 11, 2022
        New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge